United States Courts
Southern District of Texas
FILED

SEP 17 2021

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff-Respondent | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:15-CR-44-3 |
| | § | |
| PEDRO HERRERA-ALVARADO | § | CIVIL ACTION NO. 4:19-CV-3617 |
| | § | |
| Defendant-Movant | § | |

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MEMORANDUM AND RECOMMENDATION

COMES Defendant-Movant, Pedro Herrera-Alvarado ("Herrerak-Alvarado"), appearing *pro se*, and files his Motion for Extension of Time to File Objections to Memorandum and Recommendation, and would show as follows:

### I. Preliminary Statement

As a preliminary matter, Herrera-Alvarado respectfully requests that this Court be mindful that *pro se* pleadings are to be construed liberally. See *United States v. Kayode*, 777 F.3d 719 (5th Cir. 2014) (*Pro se* pleadings are to be held to less stringent standards than formal pleadings drafted by lawyers, and should therefore be liberally construed); *Estelle v. Gamble*, 429 U.S. 97, 106 (1976) (same); and *Haines v. Kerner*, 404 U.S. 519, 520 (1972) (same).

### II. Reason for Extension

Herrera-Alvarado has just received the Memorandum and Recommendation ("M & R") of the United States Magistrate Judge. Because of the Covid pandemic, the compound at USP Beaumont has had limited movement and very limited access to the law library. As such, Herrera-Alvarado will need more time to research, prepare, draft and perfect his Objections to the M & R.

Herrera-Alvarado seeks a thirty (30) extension of time to file his Objections, up to and including October 15, 2021.

WHEREFORE, premises considered, Herrera-Alvarado prays that this motion be granted and that the Court grant him a thirty (30) day extension of time, up to and including October 15, 2021, to file his Objections to the Memorandum and Recommendation.

Respectfully submitted,

Dated: September 15, 2021.

*Pedro Alvarado*
PEDRO HERRERA-ALVARADO
REG. NO. 80000-379
USP BEAUMONT
U.S. PENITENTIARY
P. O. BOX 26030
BEAUMONT, TX 77720

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2021, a true and correct copy of the above and foregoing Motion for Extension of Time to File Objections to Memorandum and Recommendation was sent via First Class U. S. Mail, postage prepaid, to Catherine Figueiras Pick, Assistant United States Attorney at United States Attorney's Office, 1000 Louisiana, Ste 2300, Houston, TX 77002.

*Pedro Alvarado*
PEDRO HERRERA-ALVARADO

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

FROM:

PEDRO HERRERA-ALVARADO
REG. NO. 80000-379
USP BEAUMONT
U.S. PENITENTIARY
P. O. BOX 26030
BEAUMONT, TX 77720

TO:

Mr. David J. Bradley
Clerk of Court
U. S. District Court
Southern District of Texas
Houston Division
515 Rusk Street
Houston, TX 77002-2600